No. D–839. IN RE DISBARMENT OF HIGGINBOTHAM. It is ordered that William S. Higginbotham, of Athens, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–840. IN RE DISBARMENT OF PEMBERTON. It is ordered that Charles A. Pemberton, of Decatur, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–841. IN RE DISBARMENT OF FARLEY. It is ordered that Milliard Eugene Farley, of Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 108, Orig. NEBRASKA v. WYOMING ET AL. Third motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded $97,843.24 to be paid to him 20 percent by the United States and 40 percent each by the States of Nebraska and Wyoming. [For earlier order herein, see, e. g., 492 U. S. 903.]

No. 87–6700. SELVAGE v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. [Certiorari granted, ante, p. 888.] Motion of petitioner to suspend briefing and further consideration denied. Motion of petitioner to certify question to Court of Criminal Appeals of Texas denied.

No. 88–325. AMERICAN TRUCKING ASSNS., INC., ET AL. v. SMITH, DIRECTOR, ARKANSAS HIGHWAY AND TRANSPORTATION DEPARTMENT, ET AL. Sup. Ct. Ark. [Certiorari granted, 488 U. S. 954.] Motion of petitioners for leave to file a supplemental brief on reargument granted.